IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   12-cv-00427-WYD-GPG

DONALD JOHNSON; and
DONALD (DJ) JOHNSON,

    Plaintiffs,

v.

RIVERWALK HOLDINGS, LTD; and
SILVERMAN & BORNSTEIN, PLLC,

    Defendants.

---

## FINAL JUDGMENT

---

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order, filed on May 29, 2013, by the Honorable Wiley Y. Daniel, Senior United States District Judge, and incorporated herein by reference as if fully set forth, it is

ORDERED that judgment is hereby entered in favor of Defendants, Riverwalk Holdings, LTD and Silverman & Bornstein, PLLC, and against Plaintiffs, Donald Johnson and Donald (D.J.) Johnson, on Defendants' Motion to Dismiss.  It is further

ORDERED that plaintiff's Amended Complaint and action are dismissed

.

DATED at Denver, Colorado this 29th day of May, 2013.

                              FOR THE COURT:
                              JEFFREY P. COLWELL, CLERK

                              By: s/ Edward P. Butler
                              Edward P. Butler, Deputy Clerk